

**THE CITY OF NEW YORK**
## LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

July 18, 2024

**VIA ECF**
Honorable Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:     *Rochelle Evelyn, et al. v. Rantab Enterprises Incorporated et al.*
         24 Civ. 00528 (MMG)(KHP)

Your Honor:

I am a Senior Counsel in the Office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York. Defendant City writes to provide the Court with a further *Valentin* response.

On May 20, 2024, the City responded to the Court's *Valentin* Order by explaining that medical releases were required to obtain the relevant records to aid in identifying any individual New York City Police Officers, and moved to compel executed medical releases from plaintiffs. The Court ordered Plaintiffs to provide executed medical releases by June 20, 2024 and the City was ordered to provide the Court with a further *Valentin* update no later than July 18, 2024. ECF No. 14, 20.[1] On July 4, 2024, Plaintiff Royce Corley informed the Court that he has not been in contact with Plaintiff Rochelle Evelyn since April, provided her change of the address, and requested a sixty-day extension to respond to the motion to compel. ECF No. 33, 24.

To date, both Plaintiffs have failed to comply with the May 30th Order. Without the releases, the City cannot obtain the medical records for review for purposes of the *Valentin* Order, or to properly investigate the allegations in the Complaint as it must pursuant to Rule 11 of the Federal Rules of Civil Procedure. With respect to Plaintiff Royce Corley's request for a sixty-day

---

[1] On June 7, 2024, the City requested an extension to July 25, 2024 to respond to the Complaint as the City was unable to complete its investigation without the executed medical releases, and this was granted. ECF No. 24, 26.

extension to provide executed medical releases, the City takes no position. However, we want to inform the Court that Plaintiffs were previously provided with copies of the releases. As a courtesy, additional copies are being provided to Plaintiffs via mail and email, including to the new contact information for Plaintiff Rochelle Evelyn.

To aid in identifying any individual NYPD officers, this Office obtained and reviewed the Sprint Chronology reports described in the May 20th letter and, based on the information therein, the 26th Precinct roll call. From these documents, the City has been able to ascertain that officers were working in the area at the time of the alleged incident. This Office is now in the process of contacting these officers to obtain their activity logs in further investigation of this matter. As such, this Office remains unable to identify any officers at this time.

Accordingly, the City respectfully requests that the Court provide Plaintiff with another deadline to provide fully completed and executed releases and warn them that this case will be subject to dismissal if they do not comply with the Court's orders. Defendant City also respectfully requests that it be relieved from responding to the Complaint for the City until 45 days after receiving the executed release from Plaintiffs. To the extent the releases are still not timely provided, the City will move to dismiss for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

To:     **Via ECF and Mail**
        Rochelle Evelyn (Via Mail)
        Plaintiff *Pro Se*
        5402 Elsrode Avenue,
        Baltimore, Maryland 21214

        Rochelle Evelyn (Via Mail)
        Plaintiff *Pro Se*
        3715 Evergreen Avenue,
        Baltimore, Maryland 21206

        Royce Corley (Via Mail)
        Plaintiff *Pro Se*
        1207 Delaware Avenue
        Suite 1619
        Wilmington, Delaware 19806

        Gabrielle Apfel (Via ECF)
        Heidell, Pittoni, Murphy & Bach, LLP (NY)

99 Park Avenue
New York, New York 10016

Alejandra Rosa Gil (Via ECF)
Heidell, Pittoni, Murphy & Bach
81 Main Street
White Plains, New York 10601