USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2024

Royce Corley
1207 Delaware Avenue
Suite 1619
Wilmington, DE 19806
corley.paralegal@gmail.com

August 1, 2024

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   **MOTION TO STAY RESPONSIVE PLEADING(S)**
            in the matter of <u>Evelyn v. Rantab</u>, et al.,
            24 Civ. 528 (MMG)(KHP)

Dear Judge Garnett:

Plaintiff Royce Corley, et al., *acting pro se*, respectfully moves to stay any deadlines to respond to Defendants' Mount Sinai Morningside, et al., Motion to Dismiss (Documents 38 through 41), until **AFTER** all remaining Defendants in this case have been properly served and also given the opportunity to file any dispositive motions. This motion is being made in the interests of judicial economy as multiple Defendants are likely to make similar arguments for dismissal and Plaintiffs can then respond to all of the motions with one single responsive pleading. See, e.g., Fed. R. Civ. P. 1:

> "These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

Respectfully submitted,

*/s/ Royce Corley*

Royce Corley

---

GRANTED. In the interest of judicial efficiency, all deadlines to respond to the Mount Sinai Morningside Defendants' pending motion to dismiss are stayed until service has been properly effectuated and all Defendants have answered or otherwise responded to the Complaint.

SO ORDERED. Dated August 8, 2024.

*/s/ Margaret M. Garnett*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE