

**HPM&B**
ATTORNEYS AT LAW

99 PARK AVENUE   NEW YORK, NY 10016-1601
TEL: (212) 286-8585   FAX: (212) 490-8966
WWW.HPMB.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024
```

**Gabrielle Apfel**
Associate
gapfel@hpmb.com

September 3, 2024

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:   Royce Corley v. Rantab Enterprises Incorporated, et al.
       24-CV-0528 (MMG)(KHP)

Dear Judge Garnett:

We represent Defendants Mount Sinai Morningside and Anjali Singh, M.D. in this matter. We will represent Christina Liu, M.D. if and when she is served.[1]

Our law firm respectfully submits this letter motion to request a stay of Your Honor's Order, dated August 5, 2024, which instructs our law firm to conduct an additional 60 days of investigation into the identity of the Jane Doe Mount Sinai administrator or employee and file a letter with the Court by October 4, 2024 regarding the actions taken and information uncovered. (ECF 42). As the Court is aware, our law firm filed a pre-answer motion to dismiss the Complaint on both substantive and statute of limitations grounds. (ECF 38-40). Should Your Honor grant Defendants' motion to dismiss the Complaint as time-barred, any claims against the Jane Doe Mount Sinai administrator/employee would also be time-barred, rendering any information pertaining to the identity of this individual moot.

Based on the foregoing, we request that Your Honor's Order be stayed until a decision is made regarding the timeliness of plaintiff's Complaint. We thank the Court for considering our request.

Very truly yours,

*Gabrielle Apfel* (signature)

Gabrielle Apfel

GA/ja

---

[1] We have been advised that, to date, Christina Liu, M.D. has not yet been served.

2951983.1

Honorable Margaret M. Garnett
Re: Rochelle Evelyn, et al. v. Rantab Enterprises Incorporated, et al.
September 3, 2024
Page 2

TO: **VIA CERTIFIED MAIL**
Royce Corley
Plaintiff *Pro Se*
1207 Delaware Avenue
Suite 1619
Wilmington, Delaware 19806

**VIA ECF**
NYC Law Department
Assistant Corporation Counsel
Special Federal Litigation Division
*Attorneys for The City of New York*
100 Church Street
New York, NY 10007

> GRANTED. The Mount Sinai Morningside Defendants' deadline to provide an update to the Court regarding their remaining *Valentin* investigations is hereby STAYED pending the Court's resolution of the statute of limitations issue in this matter, as discussed in the Court's Order at Dkt. No. 48.
>
> SO ORDERED. Dated September 4, 2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

2951983.1