**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROYCE CORLEY a/k/a "Yisrael Ben Yahudah,"

                Plaintiff,

-against-                           24 **CIVIL** 528 (MMG)

**JUDGMENT**

RANTAB ENTERPRISES INCORPORATED d/b/a
"Rantab Restaurant Cuisine" et al.,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2025, the motions to dismiss are GRANTED. Counts I, II, and IV of the Complaint are DISMISSED with prejudice; Count III is DISMISSED without prejudice. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      January 6, 2025

                                                    **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

**BY:**      *K. Mango*

                                                         **Deputy Clerk**