UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYCE CORLEY a/k/a "Yisreal Ben Yahudah",

Plaintiff,

-v-

RANTAB ENTERPRISES INCORPORATED d/b/a "Rantab Restaurant Cuisine," *et al.*,

Defendants.

24-CV-528 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On July 28, 2026, Plaintiff filed a notice of motion for default judgment in this case against Defendant Rantab Enterprises Incorporated d/b/a Rantab Restaurant Cuisine ("Rantab"). (ECF No. 77.) The motion is deficient because it fails to comply with Local Civil Rule 55.1 and 55.2. Specifically, while Plaintiff effectuated service of the civil cover sheet, complaint, certificate of default, and summons on Rantab (*see* ECF No. 75), Plaintiff failed to serve a copy of Plaintiff's motion for entry of default judgment, Plaintiff's accompanying declaration in support of default judgment, and the requisite notice of default judgment on Rantab.

Accordingly, Plaintiff shall promptly file proof that Plaintiff served Rantab with (1) Plaintiff's motion for default judgment, (2) Plaintiff's declaration in support of default judgment, and (3) the following notice:

> THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE **[INSERT A DATE NO EARLIER THAN 20 DAYS FROM THE DATE OF SERVICE OF THE NOTICE AND MOTION]**, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY

APPEAR BY AN ATTORNEY OR APPEAR YOURSELF PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

SO ORDERED.

Dated: August 14, 2026
New York, New York

J. PAUL OETKEN
United States District Judge