UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYCE CORLEY a/k/a "Yisreal Ben Yahudah,"
Plaintiff,

-v-

RANTAB ENTERPRISES INCORPORATED d/b/a "Rantab Restaurant Cuisine," *et al.*,
Defendants.

24-CV-528 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On August 11, 2026, Plaintiff Royce Corley, proceeding *pro se*, filed a "Notice of Verified Itemized Bill of Costs," outlining the filing costs associated with his appeal before the Second Circuit. (*See* ECF No. 92.) The Court construes Plaintiff's notice as an application to recover costs incurred on appeal. On August 13, 2026, Defendants Mount Sinai Morningside and Anjali Singh, M.D., filed a letter opposing Plaintiff's request for reimbursement of appellate costs. (*See* ECF No. 83.)

Federal Rule of Appellate Procedure 39 governs the recoverability of appellate costs. As relevant here, Rule 39 establishes that where "a judgment is affirmed in part, reversed in part, modified, or vacated, each party bears its own costs." Fed. R. App. P. 39(a)(4). The Supreme Court has explained that Rule 39 allows for the appellate court, not the district court, to decline to apply this default rule in a given case. *See City of San Antonio v. Hotels.com, L. P.*, 593 U.S. 330, 336 (2021).

In this case, the Second Circuit affirmed in part and vacated in part the Court's order granting the motion to dismiss based on the applicable statutes of limitations. (*See* ECF No. 68.) The mandate for that order issued on October 22, 2025. (*Id.*) The Second Circuit's order did not

modify the default cost allocation under Rule 39. (*Id.*) And Plaintiff did not "seek reconsideration of that allocation by filing a motion *in the court of appeals* within 14 days after the entry of judgment." Fed. R. App. P. 39(b) (emphasis added). Thus, the default rule under Rule 39(a)(4) governs, such that each party bears its own appellate costs.

Accordingly, Plaintiff's application to recover his appellate costs is DENIED.

SO ORDERED.

Dated: September 17, 2026
New York, New York

J. PAUL OETKEN
United States District Judge